.IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members, | Case No. 4:24-cv-390 |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE** |
| PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections, | |
| Defendants. | |

COMES NOW Breanne A. Stoltze, Assistant Solicitor General, and hereby

appears as counsel on behalf of Defendant Paul D. Pate.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Breanne A. Stoltze*
BREANNE A. STOLTZE
Assistant Solicitor General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
(515) 281-5113
(515) 281-4209 (fax)
breanne.stoltze@ag.iowa.gov

ATTORNEY FOR DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on October 31, 2024:

☐ U.S. Mail        ☐ FAX
☐ Hand Delivery    ☐ Overnight Courier
☐ Federal Express   ☐ Other
☒ CM/ECF

Signature: */s/ Julie Sander*