IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br><br>*Plaintiffs,*<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>*Defendants.* | Case No. 4:24-cv-00390-SHL-SBJ<br><br><br>**MOTION FOR EXTENSION OF PAGES FOR STATE DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TRO** |

1

State Defendant Paul D. Pate, in his official capacity as the Iowa Secretary of State requests an 5-page extension of the page limit for his response in opposition to Plaintiffs' TRO:

Plaintiffs sued late in the evening on October 30, 2024. State Defendant was not served until mid-morning October 31, 2024. Plaintiff then moved for a TRO at 4:10 p.m. on October 31, 2024. Plaintiffs requested a hearing be set for November 1, 2024. The Court set the hearing for November 1, 2024 at 2:00 p.m.

Plaintiffs make complicated constitutional and statutory arguments in support of their request for injunctive and emergency relief. State Defendant intends to file his brief in opposition responding to each argument before the hearing. But because of the emergency nature of these proceedings, and having only 22 hours between filing of Plaintiffs' motion and the hearing on said motion, State Defendant will be pressed for time just to file a response in time enough for the Court to review State Defendant's arguments before the hearing. State Defendant thus will not have adequate time to cut the length of his brief to conform to the Court's 20-page limit under LR 7(h).

In consideration of this unique posture, State Defendant requests a 5-page extension of the 20-page limit. Plaintiffs consent to this request.

WHEREFORE, State Defendant respectfully requests that this Court extend the page limit to 25 pages.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*

ERIC WESSAN
Solicitor General
BREANNE A. STOLTZE
Assistant Solicitor General
Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
breanne.stoltze@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on October 31, 2024: |
| ☐ U.S. Mail            ☐ FAX |
| ☐ Hand Delivery        ☐ Overnight Courier |
| ☐ Federal Express      ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Eric H. Wessan* |