# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections, <br><br> Defendants. | Case No. 4:24-cv-390 <br><br> **DECLARATION OF MICHAEL ROSS** |

COMES NOW, Michael Ross, and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. I am the Chief of Staff and Deputy Secretary of State ("Chief of Staff") for the Secretary of State of Iowa.

2.  The facts included in this affidavit are within my personal knowledge.

3.  The facts and processes outlined herein are within the normal course of operations and commensurate with my duties as Chief of Staff.

4.  In my role as Chief of Staff, I have assisted in the preparations made by our office for the 2024 elections.

5.  These preparations have included:

    a.  Serving as an Iowa point of contact with national security agencies and the Iowa National Guard regarding election security;

    b.  Attending educational events related to election security including but not limited to events sponsored by the National Association of Secretaries of State ("NASS"); events sponsored by the National Association of State Election Directors ("NASED"); the Department of Homeland Security conference for election security; and the DEF CON Hacking Conference;

    c.  Liaising with the National Election Assistance Commission ("EAC"); United States Citizenship and Immigration Services ("USCIS"); and other federal agencies regarding Iowa election processes and procedures;

    d.  Liaising with other Secretary of States' offices regarding election security best practices;

    e.  Liaising with other Secretary of States' offices regarding election security best practices;

f.  Developing a policy and processes tool-kit related to election accessibility for individuals with disabilities;

g.  Collaboration with SoS staff on "Elections 101" and young voter education across Iowa;

h.  Collaboration with SoS staff on implementation of election best practices and procedures;

i.  Collaboration with other state government agencies regarding election security and implementation; and

j.  Setting the budget for and approving the content of public service announcements.

6. On election day, my duties include remaining on call in case there is a problem or crisis including but not limited to cybersecurity oversight with our partners the Iowa Department of Homeland Security and Emergency Management; the United States Department of Homeland Security; and the Iowa National Guard.

7. My other duties include review of legislation and election policies across the country to continue to work towards Iowa's goal of ensuring all individuals who are eligible to vote can do so.

8. In my role as Chief of Staff, I lead our team with ensuring the integrity of our elections.

9. In so doing, I work to ensure the accuracy of our voter registration rolls. This includes collaborating with other state agencies on their processes; addressing

potential problems that may arise in verifying a voter's eligibility to vote; and working to improve the accuracy of our voting systems and processes.

10. Over the course of the past year, I have connected with my colleagues across state government and across state lines to identify potential pitfalls in verifying voter eligibility in the State of Iowa.

11. Previously, I sought the assistance of the EAC based upon California's model of voter verification to determine if using credit bureau reporting to verify individual's addresses was appropriate to determine if voters were properly registered.

12. Ultimately, the SoS did not adopt this model as of yet. We are continuing to review this process. We are continuing to review this process

13. The SoS has also considered third-party service providers to potentially verify an individual's voter eligibility.

14. Ultimately, the SoS has not engaged a third-party provider to provide voter verification services as of yet.

15. In late summer 2024, I became concerned regarding self-identified non-citizens the Iowa Department of Transportation ("IDOT") had documented who might be registered to vote.

16. On October 1, 2024, I contacted IDOT requesting a list of all self-identified non-citizens in the State of Iowa ("IDOT List").

17. On October 7, 2024, the SoS's office received the IDOT List.

18. At my direction, SoS staff reviewed the IDOT list against the SoS's IVoter database.

19. The IDOT list was reviewed by SoS staff to confirm an identified individual had previously self-reported as a non-citizen and was registered to vote in two ways:

    a.  First by matching the identified individual's driver's license number in the IVoter database to the identified individual's driver's license number on the IDOT list and

    b.  Second, if there was no driver's license in IVoters, SoS staff compared the IDOT list against three (3) specific data points in the IVoter list:

        i.  The identified individual's last name;

        ii.  The identified individual's date of birth; and

        iii.  The last four digits of the individual's social security number.

20. SoS staff then went through the list on an individual-by-individual basis to refine the review of self-identified non-citizen individuals.

21. Where it appeared there may be a record keeping error with the identified individuals where a letter or number was transposed in the data points used to identify an individual, that individual was removed from the list of identified individuals.

22. I personally reviewed all identified individuals prior to compiling the final list to send to county auditors.

23. During the course of my review, I removed the following individuals from the list:

    a.  Individuals who self-identified as a non-citizen, who subsequently registered to vote, but whose names were not an identical match to those previously identified; or

    b.  Individuals who despite having self-identified as a non-citizen and subsequently registered to vote had not had any recent voter activity (approximately within) the last eight (8) years.

24. After this detailed review, the SoS's office finalized the list of individuals who self-identified as non-citizens and subsequently registered to vote.

25. The SoS sent the list to Iowa's county auditors.

26. The SoS sent guidance to Iowa's county auditors appended hereto as Exhibit B.

27. The SoS has fielded questions from Iowa's county auditors regarding this advice.

28. Among the questions the SoS has fielded related to list and accompanying advice are questions regarding when an individual has become a citizen.

29. Where an individual is known to a County Auditor, Precinct Election Officer, or other election officer to have become a United States citizen, the SoS has advised the inquiring County Auditor that self-identified individual's ballot should not be challenged. *See e.g.* Exhibit C.

30. In October 2024, United States Citizenship and Immigration Services ("USCIS") reached out to the SoS's office to offer assistance in further refining the list.

31. On October 28, 2024, USCIS indicated to me, that despite having run the individuals on the list and narrowed it significantly, USCIS was not able to share this information.

32. The D.C. USCIS indicated "We do not want you to release any information to the [Iowa Secretary of State]. This [Request for Information] will require extensive research and review by multiple oversight offices." Exhibit D.

I declare under penalty of perjury the foregoing is true and correct.


Executed on: October 31, 2024                          /s/ Michael Ross_____
                                                       Michael Ross