# EXHIBIT B



Paul D. Pate
Secretary of State

State Capitol
Des Moines, Iowa 50319

## OFFICE OF THE IOWA SECRETARY OF STATE

October 22, 2024

Dear Commissioners:

The Iowa Secretary of State's Office has undertaken preparations to ensure the security and accuracy of the results of Election 2024, including an individualized review of certain registered voters who are potentially ineligible to vote.

During that review of voter registration data, we compared an Iowa Department of Transportation ("DOT") file of non-citizens with I-Voters. In doing so, we discovered 2,176 registrants who had self-reported as non-citizens that are registered to vote and 154 registrants who had self-reported to the DOT as non-citizens <u>after</u> registering to vote or voting. There is a reasonable suspicion that any voter on either list is a non-citizen.

As a part of its normal process, DOT verifies the Alien ID number of any non-citizen who is applying or renewing for driver's licenses or other state IDs through the United States Citizenship and Immigration Services ("USCIS"), including using the federal Systematic Alien Verification for Entitlements ("SAVE") database.[1] On its website, USCIS describes the SAVE database as "an online service for registered federal, state, territorial, tribal, and local government agencies to verify immigration status and naturalized/acquired U.S. citizenship of applicants seeking benefits or licenses."[2]

When applying for either voter registration or a drivers' license at the DOT, an applicant must identify whether he is a U.S. citizen. In both cases, the applicant self-reports her citizenship status under penalty of perjury to state officials. Along with DOT, the Secretary of State ("SOS") also verifies voter registrations against DOT's database of confirmed citizens. When a voter registration applicant does not appear to match a valid citizen in the DOT's database, it is compared to data from the Social Security Administration. When registrations cannot be confirmed, they are put into pending status in I-Voters until proof of citizenship is provided.

State and federal law authorize ballots being cast by suspected non-citizens to be challenged for further review. Under the Help America Vote Act ("HAVA"), an "individual shall be permitted to cast a provisional ballot" if "an election official asserts that the individual is not eligible to vote[.]"[3] The information that SOS, as Iowa's chief election official, is now sharing with you,

---

[1] New Iowan: Immigrant & Refugee Resources (iowadot.gov)
[2] SAVE | USCIS
[3] 52 USC § 21082(a)

Under Iowa law, "[i]t is the duty of each [precinct election] official to challenge any person offering to vote whom the official knows or suspects is not duly qualified."[5] The reasons for challenge include a voter who is an ineligible non-citizen.[6]

Based on the factors above, SOS concludes there is enough basis for a reasonable person to suspect those on the list are ineligible to vote due to citizenship status. Therefore, under SOS authority under Iowa Code sections 47.1(1) and 47.7(6), you are hereby directed to inform the Precinct Election Officials in the relevant precincts, that they are required under Iowa law to challenge the ballots of any person in the attached list of registered voters who attempt to vote in the 2024 General Election.

As the form shows, there is a box with a space for reason for the challenge. One reason to challenge the voters on either of the attached lists is an individualized reasonable suspicion that he is a nonvoter. On the line seeking a reason for the challenge one clearly stated reason is "citizenship."

The result of such a challenge will be that the voter will place their ballot in a provisional ballot envelope for later and further review, such that it can be cured and the vote validly counted. This is no different than when a voter's qualifications as to age or residency are challenged—all are vital parts of the electoral process. And provisional ballot envelopes include a printed statement that contains the challenge to the person's qualifications as a registered voter.[7] As with all provisional ballots, and as required by Iowa Code, the first clause of the attestation on a provisional ballot is that "I am a United States citizen . . .".[8] The information of those who are registered to vote in your county, as well as the individualized challenges to share with your ASVP Board are forthcoming.

Provisional ballots may be cured at the polling place consistent with law or at the county commissioner of election's office any time before the deadline. This year because of Veteran's Day, that deadline is Tuesday, November 12, 2024. This small step does not impose an undue burden on any voter—any more than a challenge relating to age or residency. But it does help ensure the integrity of our electoral process.

With regards,

*Paul D. Pate*

Paul D. Pate

State Commissioner of Elections

Iowa Secretary of State

---

[5] Iowa Code § 49.79(1)
[6] Iowa Code § 49.79(2)
[7] Iowa Code § 49.81(3)(*c*).
[8] Iowa Code § 49.81(5)(*a*)(1).