# EXHIBIT C

Outlook

## RE: [EXTERNAL] Re: Ineligible Voter Question

**From** Gookin, Eric <Eric.Gookin@sos.iowa.gov>
**Date** Mon 10/28/2024 9:03 AM
**To** Browning, Lindsey <Lindsey.Browning@ag.iowa.gov>; Kristofer Lyons, Jones County Attorney <kristofer.lyons@jonescountyiowa.gov>
**Cc** Whitney Hein, Jones County Auditor <whitney.hein@jonescountyiowa.gov>

Mr. Jones and Ms. Browning:

I agree that is the correct answer for this situation. If a Commissioner or PEO, including an ASVP Board member, has personal knowledge that a voter is a citizen, they should not challenge the voter. I will follow up internally to ensure our Elections Team is aware.

Best,
Eric

### ERIC R. GOOKIN

**Chief Operating Officer &
Legal Counsel**

*Office of Iowa Secretary of State Paul D. Pate*

Lucas Office Building, First Floor
321 East 12th Street
Des Moines, Iowa 50319

Direct: (515) 238-6469

E-Mail: eric.gookin@sos.iowa.gov

**SERVICE · PARTICIPATION · INTEGRITY**



sos.iowa.gov

---

**From:** Browning, Lindsey <Lindsey.Browning@ag.iowa.gov>
**Sent:** Saturday, October 26, 2024 7:29 AM
**To:** Kristofer Lyons, Jones County Attorney <kristofer.lyons@jonescountyiowa.gov>; Gookin, Eric <Eric.Gookin@sos.iowa.gov>
**Cc:** Whitney Hein, Jones County Auditor <whitney.hein@jonescountyiowa.gov>
**Subject:** [EXTERNAL] Re: Ineligible Voter Question

**\*\*Secretary of State Notice\*\***

> This email is from an external source. Think before you click links or open attachments. If you believe this email is phishing, please email this as an attachment to the SOS Help Desk.

Mr. Lyons,

I agree with your legal analysis and believe your course of action stated below is the most appropriate result.

Eric, I believe the SoS should update their list accordingly. If you disagree with this proposed course of action, please advise us by end of day Wednesday so Mr. Lyons can appropriately advise the auditor.

Thank You,
Lindsey Browning

Lindsey L. Browning
Administrative Law Section Chief
Office of the Iowa Attorney General

---

**From:** Kristofer Lyons, Jones County Attorney <kristofer.lyons@jonescountyiowa.gov>
**Sent:** Friday, October 25, 2024 2:27:49 PM
**To:** Gookin, Eric <Eric.Gookin@sos.iowa.gov>
**Cc:** Browning, Lindsey <Lindsey.Browning@ag.iowa.gov>; Whitney Hein, Jones County Auditor <whitney.hein@jonescountyiowa.gov>
**Subject:** Ineligible Voter Question

Mr. Gookin,

I spoke to Ms. Browning about this, and she said I should email you.

One of the individuals listed on the list provided by the Secretary of State as a possibly ineligible voter, is not, in fact, ineligible.

Jones County is fortunate to have a small list, and one of the names listed was a name known to the auditor's office in their capacity assisting with passport applications.

This individual is a naturalized citizen, and they recall recently reviewing and identifying those documents for this individual when they applied for a passport.

Given this reality, there is hesitation in providing them a provisional ballot as instructed, as, well, there should not be anything provisional about their right to vote, we have actual knowledge of their eligibility.

We are sending this your way, as, as I stated to Ms. Browning, my advice to the auditor would be to issue this citizen a ballot, not to issue them a provisional one.


Thank you for any guidance you can provide,

Sincerely,



**Kristofer J. Lyons**
**Jones County Attorney**

Office of the Jones County Attorney

500 West Main Street, 2nd Floor

Anamosa, IA 52205

Tel: (319) 462-3961 | Fax: (319) 462-5806

Emai: Kristofer.Lyons@JonesCountyIowa.gov | www.jonescountyiowa.gov/attorney

This e-mail and any files transmitted with it, are confidential and intended solely for the use of the individual or entity to whom this is addressing. If you received this e-mail in error, please notify the sender immediately. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the county. The recipient should check his e-mail and attachments for the presence of viruses. The county accepts no liability for any damage caused by any virus transmitted by this e-mail.