# EXHIBIT D

| | |
|---|---|
| **From:** | DHS-SPS-RFI |
| **To:** | Ross, Michael; Gookin, Eric |
| **Cc:** | DHS-SPS-RFI |
| **Subject:** | [EXTERNAL] FW: (U/FOUO) RFI-A-00046-25: Acknowledgement Receipt |
| **Date:** | Tuesday, October 29, 2024 4:09:41 PM |
| **Attachments:** | DHS-RFI-A-00046-25.pdf |
| **Importance:** | High |

> ## **Secretary of State Notice**
>
> This email is from an external source. Think before you click links or open attachments. If you believe this email is phishing, please email this as an attachment to the SOS Help Desk.

Good afternoon Mr. Ross,

I received a message from USCIS below earlier today, this message was sent by USCIS (Washington, DC) to the Iowa USCIS staff you had in your original email:

USCIS:
"We do not want you to release any information to the requestor. This RFI will require extensive research and review by multiple oversight offices."


I just sent USCIS (Washington, DC) know that I would send this message above to you. I also asked if you had questions if it is ok to provide the USCIS (Washington, DC) office contact info to you. USCIS (Washington, DC) is aware that it is an urgent RFI and that you would like the information to be shared with you before Nov 5th. I wanted you to know this update. Thank you.


v/r,

**Rachael Abarca**
RFI Manager
ISB Office/ Intelligence Watch and Coordination Center **(scif)**
Office of Intelligence and Analysis, DHS Headquarters
rachael.abarca@hq.dhs.gov
raabarca@dhs.ic.gov
rachael.abarca@dhs.sgov.gov
7666016 classified
202-870-2296

The ISB/DHS-SPS-RFI duty hours are **Monday - Friday 0800-1700** (excluding federal holidays). If you have an RFI that requires immediate action after duty hours, please contact the Intelligence Watch and Coordination Center 202-282-8309 or send an unclassified email to DHS.INTEL.CETC.Watch@hq.dhs.gov. **As a reminder, all urgent RFIs are typically facilitated within 72 hours after it has been received and acknowledged**.

**From:** SVC_Admin_RFI <SVC_Admin_RFI@usdhs.onmicrosoft.com>
**Sent:** Monday, October 28, 2024 5:10 PM
**To:** Eric.Gookin@sos.iowa.gov
**Cc:** DHS-SPS-RFI <DHS-SPS-RFI@hq.dhs.gov>
**Subject:** (U/FOUO) RFI-A-00046-25: Acknowledgement Receipt

This email is to acknowledge that the I&A RFI Team received your Request for Information (RFI). Your RFI **(Re: Request release of non-citizen status to Iowa Secretary of State for the General Election)** is assigned the following RFI number: **RFI-A-00046-25**.

If there are any questions, please reach out to the RFI team (DHS-SPS-RFI@hq.dhs.gov ).

DEPARTMENT OF HOMELAND SECURITY
# DHS SINGLE POINT OF SERVICE REQUEST FOR INFORMATION

Procedures: When submitting requests to SPS, please ensure to fill out this form to its entirety. SPS will contact you if the form is incomplete, which may result in delays. Include any links or files mentioned in the form along with your request. If you are submitting a request containing PII, please ensure to password protect your documents. Please reach out if you have any questions or concerns.

(202) 282-9555 (STE)                  766-6711 (NSTS)

NIPRnet: DHS-SPS-RFI@hq.dhs.gov    HSDN: DHS-SPS-RFI@dhs.sgov.gov    JWICS: DHS-SPS-RFI@dhs.ic.gov

| REQUESTOR INFORMATION ||
|---|---|
| Full Name<br>Eric Ray Gookin | Phone<br>(515) 238-6469 |
| Email<br>eric.gookin@sos.iowa.gov | Requesting Agency and Component<br>Office of the Secretary of State, State of Iowa |

| REQUEST DESCRIPTION |
|---|
| Subject/Title<br>*Note: Do NOT include any PII*   Request release of non-citizen status to Iowa Secretary of State for the General Election |
| Identify the specific information (or support) being requested.<br><br>    What exact information is needed? |
| The list provided to Officer Lochman is a list of 2,176 people currently registered to vote in the State of Iowa who have self-reported to the Iowa Dep't of Transportation that they were not U.S. Citizens. In some cases, this includes having requested an early voting ballot before next week's General Election. We are requesting the citizenship status for each person on the list, confirming whether the person has naturalized or remains a non-citizen. |
|     Why is the information needed? |
| The initial list provided to Officer Lochman is a list of 2,176 people currently registered to vote in the State of Iowa who have self-reported to the Iowa Dep't of Transportation that they were not U.S. Citizens. In some cases, this includes having requested an early voting ballot before next week's General Election. We are requesting the citizenship status for each person on the list, confirming whether the person has naturalized or remains a non-citizen. |
|     What will be done with the obtained information and how will it be used? |
| Consistent with Iowa Law, SOS has directed county election officials to challenge all of the 2,176 names. By receiving this information, SOS can issue a new, more accurate directive and list, dramatically shrinking the number of challenges and ensuring that naturalized citizens can vote without provisional status. |
| Does this information pertain to the status of a U.S. Person (USPER)?   ■ Yes   ☐ No |
| Does this RFI contain PII?   ■ Yes   ☐ No |
| Name of product/document related to this RFI and RFI type (N/A if not applicable)<br>*If possible, please attach product when submitting the RFI form.*<br>n/a |

| REQUEST DETAILS |
|---|
| Identify the specific resources (to include database names, analytical exchanges, message searches, and local outreach efforts) already researched or queried.<br>The local Des Moines Field office has already performed the work, they are awaiting authorization to share with IASOS. |
| Prior to submitting this RFI, were HSIN and HELIX databases checked for any product or topic inquiries?  ☐ Yes  ■ No |
| To assist in the identification of potential resources, please provide some background information (i.e. context, justification) as to why this request is being submitted to Headquarters DHS for action.<br><br>The local Des Moines Field office has already performed the work, they are awaiting authorization to share with the Iowa Secretary of State. |

| What is the desired level of classification?<br>UNCLASSIFIED | Caveats |
|---|---|
| What is the highest acceptable level of classification for which the response may be?<br>UNCLASSIFIED | Caveats |

| RFI COMPLIANCE AND VALIDATION |
|---|
| By what date is the information/support needed?<br>10/28/2024 |
| What is the date the information/support will no longer be of value?<br>11/05/2024 |
| Is the request "Urgent"?<br><br>■ Yes   ☐ No<br><br>*Additional justification is required for all "Urgent" requests. Is this a routine or priority request? Please note that "Urgent" requests are typically those needed within 72 hours of submission.*<br>Having this additional information is urgent because it potentially impacts the constitutional right of naturalized citizens to cast a ballot in next week's, Tuesday, November 5, 2024, General Election |
| Who are the intended recipients of the information being requested?<br>*Please list specific agencies/organizations, location name, and how the product will be delivered (electronic, physical, verbal).*<br>State of Iowa elections officials, including limited information provided to county election officials. |
| Do the intended recipients include foreign entities?  ☐ Yes  ■ No |
| Does the requestor acknowledge that they have the need to know in order to obtain this information?  ■ Yes  ☐ No |

| | |
|---|---|
| Which of the following Homeland Security missions does the request BEST fall under? <br> Illicit Alien Operations <br> *Please provide a brief justification on why the request falls under the chosen mission above.* <br> None of those fit, this was the only one that seemed close. | |
| What is the nature of this RFI? | ☐ Criminal  ☒ Intelligence |
| What is the RFI type? <br> Citizenship Check <br> *If you chose "other" or the RFI is requesting more than one type of response, please explain below.* | |

**Submit by Email**