IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>　　　Defendants. | Case No. 4:24-cv-00390<br><br>NOTICE OF APPEARANCE |

COMES NOW Susan D. Nehring, First Assistant Johnson County Attorney, and hereby

enter her appearance on behalf of Defendant, Erin Shane, Johnson County Auditor.

Respectfully submitted,

/s/ *Susan D. Nehring*
Susan D. Nehring
First Assistant Johnson County Attorney
500 S. Clinton Street, Suite 400
Iowa City, IA 52240
Phone (319) 339-6100
E-mail: snehring@johnsoncountyiowa.gov

ATTORNEY FOR ERIN SHANE
JOHNSON COUNTY AUDITOR

Original filed electronically.
Copy electronically served on all parties of record.

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon counsel for all parties of record via CM/ECF on this the 1st day of November 2024.

/s/ *Susan D. Nehring*

2