UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of its Members,<br>　　　Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as The Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie Auditor and County Commissioner of Elections; ERIN SHANE, in her official capacity and as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br>　　　Defendants. | Civil Action No.  4:24-cv-390 |

**APPEARANCE OF COUNSEL**

To:　　The clerk of court and all parties of record

　　　I am authorized to practice in this Court and I appear as counsel for:

　　　<u>KERRI TOMPKINS.</u>

Date:　<u>November 1, 2024</u>　　　　　　　　/s/ Kristina K. Lyon　　　　AT0011438
　　　　　　　　　　　　　　　　　　　　　　Assistant Scott County Attorney

400 W. 4th Street  
Davenport, IA  52801  
(563) 326-8600  
Fax: (563) 326-8231  
kristina.lyon@scottcountyiowa.gov