UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORCUN SELCUK, et al<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL PATE, et al,<br><br>Defendants. | Case No. 4:21-CV-53<br><br>APPEARANCE OF ATTORNEY FOR JAMIE FITZGERALD |

COMES NOW the undersigned and enters an appearance on behalf of Jamie Fitzgerald in the above captioned case.

                         Respectfully Submitted,

                         KIMBERLY GRAHAM
                         POLK COUNTY ATTORNEY

By   */s/ Donald Stanley*
      Donald Stanley  AT0007606
      Assistant Polk County Attorney
      111 Court Avenue, Ste. 340
      Des Moines, IA 50309
      Telephone: 515-286-3341  Fax: 515-286-3314
      Donald.Stanley@polkcountyiowa.gov
      ATTORNEY FOR JAMIE FITZGERALD

PROOF OF SERVICE

The foregoing document was served on counsel for all parties of record on 11/1/2024 via CM/ECF

Signature: /s/ Amber Cahill