UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORCUN SELCUK, et al<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL PATE, et al,<br><br>Defendants. | Case No. 4:21-CV-53<br><br>APPEARANCE OF ATTORNEY FOR JAMIE FITZGERALD |

COMES NOW the undersigned and enters an appearance on behalf Jamie Fitzgerald in the above captioned case.

Respectfully Submitted,

KIMBERLY GRAHAM
POLK COUNTY ATTORNEY

By   */s/ Meghan Gavin*
Meghan Gavin  AT0008949
Assistant Polk County Attorney
111 Court Avenue, Ste. 340
Des Moines, IA 50309
Telephone: 515-286-3341  Fax: 515-286-3314
meghan.gavin@polkcountyiowa.gov
ATTORNEY FOR JAMIE FITZGERALD

PROOF OF SERVICE

The foregoing document was served on counsel for all parties
of record on  11/1/2024 via CM/ECF


Signature:  /s/ Amber Cahill