IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br><br>      Plaintiffs,<br><br>v.<br><br><br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>      Defendants. | Case No. 4:24-cv-00390<br><br><br>NOTICE TO CLARIFY CERTAIN MATTERS IN RESPONSE TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

   COMES NOW Defendant, Erin Shane, Johnson County Auditor, and in response to Plaintiffs' motion for temporary restraining order, states:

   1. Auditor Shane is supplying an affidavit attached to this notice.

1

2. The Plaintiffs' Complaint is factually inaccurate at paragraph 73 because Auditor Shane notified all 295 Affected Voters by overnight FedEx mail. The letter from Auditor Shane to all 295 Affected Voters is included with the Affidavit. FedEx delivered the letter to the Affected Voters on October 30, 2024.

3. The Plaintiffs' Complaint is factually inaccurate at paragraph 74 because Auditor Shane will not challenge the ballots of Affected Voters who present or provide proof of United States citizenship either prior to Election Day to the Office of the Johnson County Auditor or on Election Day in-person at the polls.

Respectfully submitted,

/s/ *Susan D. Nehring*
Susan D. Nehring
First Assistant Johnson County Attorney
500 S. Clinton Street, Suite 400
Iowa City, IA 52240
Phone (319) 339-6100
E-mail: snehring@johnsoncountyiowa.gov

ATTORNEY FOR ERIN SHANE
JOHNSON COUNTY AUDITOR

Original filed electronically.
Copy electronically served on all parties of record.

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon counsel for all parties of record via CM/ECF on this the 1st day of November 2024.

/s/ *Susan D. Nehring*