IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br>   Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br>   Defendants. | Case No. 4:24-cv-00390<br><br>DECLARATION OF JOHNSON COUNTY AUDITOR ERIN SHANE IN SUPPORT OF DEFENDANT'S NOTICE TO CLARIFY CERTAIN MATTERS |

I, Erin Shane, pursuant to 28 U.S.C. § 1746, declare as follows:

  1. I am the County Auditor and Commissioner of Elections for Johnson County, Iowa. I was appointed to this position in August, 2024, to serve until the 2024 general election.

  2. As Johnson County Auditor, I did receive the October 22, 2024 letter from Secretary of State Pate (Exhibit E, Document 10).

3. In addition, Secretary Pate sent my office a county-specific list that contained 295 names of persons who at some point in time had indicated to the DOT they were non-citizens, despite having verified on their voter registration that they are a U.S. citizen.

4. A few days after the original communication, we also received a packet of letters from the Secretary of State with a letter to the absentee board purporting to challenge the ballot of every person included on the list of 295, regardless of whether that person had voted.

5. At the time we received the initial communication, voting was already underway and some people on the list had already cast absentee ballots.

6. When I reviewed the list of 295 alleged non-citizens, I was very concerned that many of the dates listed as when the voter had previously indicated to the DOT they were non-citizens were dates that reached back as far as 2007. In addition, I noticed people that I know personally and neighbors who were on the list. I did not share Secretary Pate's conclusive suspicion as to ineligibility to vote.

7. Given that all of the voters had sworn an affidavit at the time they registered indicating they were U.S. citizens and that there is not a legal requirement that a person provide proof of U.S. citizenship at the time of voting, voters on the list would have no way of knowing they would need to produce such documentation in order to vote.

8. Given the number of voters on this list, the practical implications of implementing the proposed plan with poll workers are daunting at best. Johnson County employs approximately 600 poll workers throughout the general election season. Almost 75% of pollworkers had already been trained when we received Secretary Pate's directive. Those pollworkers have been training on what identification voters must show to be able to vote. Proof of citizenship is not required. Changes in directives, especially complicated ones, are difficult to implement.

9. The communication from the Secretary of State indicated that their office could not provide legal advice and that if there were legal questions about implementing this directive we should consult with our county attorney.

10. Upon consulting with the County Attorney, she advised me that, despite our concerns about the directive, by not following it I could be subject to a fine of up to $10,000 per voter for technical infractions (Iowa Code § 39A.6) and/or prosecution by the Iowa Attorney General (Iowa Code § 39A.2(1)(g)) for failure to perform my duties and implement the Secretary's guidance under Iowa Code § 47.1,  Therefore, to mitigate the impact of any legal challenges to the directive, I was advised I should give notice to the subject voters by sending a letter letting them know they had been identified by the Secretary of State as a person whose citizenship status was in question, and suggesting they come to the auditor's office to provide documentation addressing challenges already made by Secretary Pate to early voting and/or to avoid having to vote a provisional ballot if they were going to vote on Election Day.  I have attached as Exhibit A is a copy of that communication which was sent to all persons on the list.

11. At considerable expense, we sent these letters via overnight mail. Those on the list should have received the letter on October 30, 2024.  We have been fielding a steady stream of voters who are coming to the auditor's office presenting documentation. These voters are frustrated and confused about why this is happening.  In many cases, they have reported that they have voted in prior elections without issue and that nothing has changed in their status.

12. Without our advance correspondence to voters, the first time they would be hearing about the challenge to their status would be when they arrived at the polls and are told they would have to cast a different ballot and provide different documentation than every other voter. We would have to rely on poll workers who have never dealt with this issue to provide the explanation for why they were only being allowed to cast a provisional ballot.  Given expectations that this may again be a year of record breaking turn out, having to navigate this interaction at the polling place will inevitably be disruptive to the voting process.

I declare under penalty of perjury that the foregoing is true and correct. Executed 11:40am CDT on November 1, 2024.

*Erin Shane*
Erin Shane

# EXHIBIT A

to Declaration of
Johnson County Auditor Erin Shane



October 29, 2024

«NAME»
«ADDRESS»
«CITY», «STATE»  «ZIP»

Dear «NAME»,

Election Day is November 5, 2024. As Johnson County officials, we want to make sure you have the opportunity to cast your vote if you are eligible. We are working around the clock to make sure that all eligible voters can cast their vote without interference.

Your name was included on a list sent to us by Iowa Secretary of State Paul Pate. As you know **only citizens of the United States are eligible to vote in Iowa.**  According to Secretary Pate, you are on this list because at some point in the past you identified yourself as a non-citizen to the Iowa Department of Transportation (DOT). This could have been many years ago and, in most cases, prior to obtaining U.S. citizenship.

Secretary Pate's office has directed county election officials to challenge those on the list and have them vote a provisional ballot. Provisional ballots are used when a voter's eligibility to vote is uncertain. This provisional ballot would require you to provide proof of citizenship after you cast your vote. We understand providing documentation after the fact can be inconvenient and yet not providing it could put your vote at risk.

The Absentee and Special Voters Precinct (ASVP) Board is responsible for reviewing and rejecting or counting all absentee and provisional ballots.  The decision to count or reject each ballot must be made by the ASVP Board based on the information on the envelope containing the provisional ballot, any pertinent voter registration documents, **and any evidence or documentation provided by the voter concerning the challenge.**

In order to make sure your vote is counted, and in addition to the usual forms of ID required (your Iowa driver's license or non-operator ID, US Passport, US Military or Veteran ID, Tribal ID card OR voter identification card)**, we are suggesting that you bring additional documentation with you to your polling place or voting site**. This documentation should relate to your citizenship, such as a:

- Certificate of Naturalization or Citizenship, or
- U.S. Citizen passport, or
- You may also bring someone with you who is willing to swear/attest that they know that you are a United States citizen.

**IF YOU HAVE NOT ALREADY VOTED WE RECOMMEND VOTING AT THE JOHNSON COUNTY AUDITOR'S OFFICE BEFORE ELECTION DAY (NOV. 5, 2024)**
On or before Monday, Nov. 4, bring your identification and documentation of citizenship with you to the Auditor's Office in the Johnson County Administration Building at 913 S. Dubuque St., Suite 130, and ask to speak with **Deputy Auditor Bogdana Velterean or County Auditor Erin**

**Shane.**  They will review and make copies of your U.S. citizenship documents so that you can be removed from the list and vote a regular ballot.

Early voting hours are posted on the Johnson County Auditor's website at https://www.johnsoncountyiowa.gov/auditor/elections in addition to being listed below:

| Weekdays | Wednesday, Oct. 16 - Monday, Nov. 4<br>8:00 am – 5:00 pm |
|---|---|
| Evening Hours | Monday, Oct. 28 - Wednesday, Oct. 30<br>8:00 am – 7:00 pm |
| Weekend Hours | Saturday, Nov. 2<br>9:00 am – 5:00 pm<br>Sunday, Nov. 3<br>12:00 pm – 5:00 pm |

**IF YOU HAVE ALREADY VOTED**
BEFORE ELECTION DAY if at all possible - Stop by the Auditor's Office with your U.S. citizenship documents anytime during business hours (see above) prior to Election Day and speak with Deputy Auditor Bogdana Velterean or County Auditor Erin Shane.  They will review and make copies of your U.S. citizenship documents and attach said documents to your ballot for review by the ASVP Board.

**IF YOU PLAN TO VOTE ON ELECTION DAY (NOV. 5, 2024)**
Bring your U.S. citizenship documents to the polling place and show it to the precinct official.  If you do not have your U.S. citizenship documents at your polling place, you will be asked to vote a provisional ballot and to provide documentation to the Auditor's Office (913 S. Dubuque St, Suite 130) by NOON on Tuesday, November 12, 2024.

The Auditor's office is here to answer your questions.  Please contact the Auditor's Office by email at auditor@johnsoncountyiowa.gov or phone 319-356-6004.  You can reach Bogdana or Erin with the same contact information.

Voting is important to our democracy. If you are a United States citizen, we understand the deep commitment you have made to our country and its values and want to protect your ability to fully participate in our society.

*[signature: Erin Shane]*

Erin Shane
Johnson County Auditor

*[signature: Rachel Zimmermann Smith]*

Rachel Zimmermann Smith
Johnson County Attorney