IN THE UNITED STATES DISTRICT COURT
FOR THES SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>    Defendants. | CASE NO. 4:24-cv-00390-SHL-HCA<br><br><br>**APPEARANCE OF<br>MICHAEL C. RICHARDS ON BEHALF<br>OF DEFENDANT MELVYN HOUSER,<br>POTTAWATTAMIE COUNTY<br>AUDITOR AND POTTAWATTAMIE<br>COUNTY COMMISSIONER<br>OF ELECTIONS** |

    COMES NOW Michael C. Richards of Dentons Davis Brown PC, and enters his appearance of behalf of Defendant Melvyn Houser, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections, in the above-captioned matter.

#3948089

/s/ Michael C. Richards
Michael C. Richards AT0010828
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa  50309
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
Email: mike.richards@dentons.com

ATTORNEYS FOR DEFENDANT
MELVYN HOUSER, POTTAWATTAMIE
COUNTY AUDITOR AND
POTTAWATTAMIE COUNTY
COMMISSIONER OF ELECTIONS

Copies to:

Rita Bettis Austen
Thomas Story
ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Suite 808
Des Moines, IA 50309-2317
Email: rita.bettis@aclu-ia.org
Email: thomas.story@aclu-ia.org
Email: shefali.aurora@aclu-ia.org

Jesse Linebaugh
Matthew J. Scott
Joe R. Quinn
Emily R. O'Brien**
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Email: jesse.linebaugh@faegredrinker.com
Email: matthew.scott@faegredrinker.com
Email: joe.quinn@faegredrinker.com
Email: emily.obrien@faegredrinker.com
(**Application for Admission Forthcoming)

Craig S. Coleman
Jeffrey P. Justman
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Email: craig.coleman@faegredrinker.com
Email: jeff.justman@faegredrinker.com
(*Pro Hac Vice* applications forthcoming)

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings on **November 1, 2024,** by:

__ U.S. Mail           __ FAX
__ Hand Delivered      __ Overnight Courier
__ Federal Express     X  Other: CM-ECF/EDMS

Signature:   /s/ Michael C. Richards

---

Ari Savitzky
Jonathan Topaz
Ming Cheung
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, NY 10004
Email: asavitzky@aclu.org
Email: jtopaz@aclu.org
Email: mcheung@aclu.org
Email: slakin@aclu.org
(*Pro Hac Vice* applications forthcoming)

Patricia Yan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
915 15th Street NW
Washington, DC 20005
Email: pyan@aclu.org
(*Pro Hac Vice* application forthcoming)

ATTORNEYS FOR PLAINTIFF