## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:24-cv-00390-SHL-HCA : Clerk's Court Minutes – TRO Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| ORCUN SELCUK, ALAN DAVID GWILLIAM, TINGTING ZHEN, MICHAEL BROKLOFF, and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA | PAUL D. PATE, BENJAMIN D. STEINES, JAMIE FITZGERALD, MELVYN HOUSER, ERIN SHANE, and KERRI TOMPKINS |

Plaintiff(s) Counsel: Jesse Linebaugh; Joseph R. Quinn; Thomas D. Story; Ritta Bettis Austen

Defendant(s) Counsel: Eric H. Wessan; Breanne Alyssa Stoltze; Michael C. Richards; Donald D. Stanley, Jr; Meghan L. Gavin; Susan D. Nehring; Rachel Zimmerman Smith; Katie Grall, Lindsey Purdy-Browning; Angela Stuedeman

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiff's Motion for TRO & Preliminary Injunction (ECF 9) | | : | X |

Proceedings:

Court is convened for a hearing on Plaintiff's Motion for TRO & Preliminary Injunction. Plaintiffs argue in support of the Motion for TRO & Preliminary Injunction (ECF 9). Defendants argue in resistance. Plaintiffs argue in rebuttal. Any supplemental briefing shall be filed by noon on November 2, 2024. The Court considers the matter fully submitted and will issue a ruling as promptly as possible. Court adjourns.

Time Start: 2:05 p.m.
Time End:  3:30 p.m.
Date: November 1, 2024

/s/ M. Mast
_____
Deputy Clerk