IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>Defendants. | Case No. 4:24-cv-390<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

COMES NOW Rita Bettis Austen and enters her appearance in this action on behalf of all Plaintiffs.

Respectfully submitted on this 2nd day of November, 2024.

/s/ Rita Bettis Austen
**Rita Bettis Austen**, AT0011558
ACLU OF IOWA FOUNDATION, INC.

1

505 Fifth Ave., Ste. 808  
Des Moines, IA 50309–2316  
Telephone: 515.243.3988  
Fax: 515.243.8506  
rita.bettis@aclu-ia.org

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

  All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

Date: November 2nd, 2024

                /s/Rita Bettis Austen
                Rita Bettis Austen,
                AT0011558