# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **ORCUN SELCUK** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **PAUL D. PATE** et al., <br><br> Defendants. <br><br> Zydrune Didvyzyte-Morgan | **CASE NO. 4:24-cv-390** <br><br><br> DECLARATION OF ZYDRUNE DIDVYZYTE-MORGAN |

I, Zydrune Didvyzyte-Morgan, declare as follows:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2. I am an eligible and registered voter in Keokuk, Iowa, which is located in Lee County.

3. I am a naturalized United States Citizen.

4. I moved to the United States in July 2009, from Lithuania, where I was born and resided until that time.

5. I became a United States Citizen on May 26, 2022.

6. I have previously voted in one local election with no issues or challenges.

7. On November 5, 2024 I went to vote at my local polling place, the Keokuk Community School District Business Office.

8. When I went to vote, they scanned my driver's license and told me that I could not vote because of a challenge to my citizenship.

9. I tried to provide my passport as proof of citizenship to vote. But I was told my ballot would be counted provisionally and I need to take proof of citizenship to the Lee County Auditor's Office, which is thirty minutes from where I reside.

10. I took the documents to the Lee County Auditor's Office over my lunch around 1 pm. I spoke with the Auditor. She took a copy of my naturalization certificate.

11. I asked her why I was not able to vote at my polling place after showing my passport. The Auditor told me that I should have been able to vote with my passport.

12. I spent the day jumping through hoops to ensure that my vote was counted and I was repeatedly given conflicting information.

13. I just called the Lee County Auditor and was told that my vote has been cast as a regular ballot today. I am still concerned whether my ballot will be correctly counted and for those people that don't have the time or resources to jump through the hoops to ensure that their vote is counted.

14. I obtained my current, valid Iowa driver's license while I was still an LPR ("Lawful Permanent Resident"), on December 19, 2020. My license does not expire until December 14, 2028.

15. In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on November 5, 2024 in Keokuk, Iowa.

                                                                  _Zydrune Didvyzyte-Morgan_
                                                                  Zydrune Didvyzyte-Morgan