## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

ORCUN SELCUK et al,

              Plaintiffs,

    v.                                  Case No. 4:24-cv-390

PAUL D. PATE et al,

              Defendants.

## PLAINTIFFS' FIRST SET OF EXPEDITED DISCOVERY REQUESTS

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs Orcun Selcuk, Alan David Gwilliam, Tingting Zhen, Michael Brokloff, and the League of United Latin American Citizens of Iowa (collectively, "Plaintiffs") by and through its undersigned counsel, serves the following Expedited Discovery Requests on Defendants Paul D. Pate, Benjamin D. Steines, Jamie Fitzgerald, Melvyn Houser, Erin Shane, and Kerri Tompkins (collectively, "Defendants"). Because of the expedited nature of these proceedings, Plaintiffs request responses from Defendants by close of business on November 6, 2024. The requested Documents are to be produced at the offices of Faegre Drinker Biddle & Reath LLP, 801 Grand Avenue, 33rd Floor, Des Moines, IA 50309, by that time.

## DEFINITIONS

For the purposes of the discovery requests set forth below, the following terms have the following definitions, unless otherwise stated:

1.      "Defendant," "the Secretary," "You," "Your," and "Yours" shall refer to Defendants and their current and former affiliates and subsidiaries, and any current or former employee(s), contracted worker(s), agents, or other representative(s) thereof.

2.      The "Plaintiffs" means Plaintiffs Orcun Selcuk, Alan David Gwilliam, Tingting Zhen, Michael Brokloff, and the League of United Latin American Citizens of Iowa, and any of its affiliates and subsidiaries, and all representatives, agents, or officers of the entity acting or purporting to act on its behalf.

3.      "The List" and "List" mean the list of registered voters the Secretary has prepared that identifies individuals for electoral challenges, investigation, and/or additional requirements to vote based on the Secretary's purported suspicions about their United States citizenship. For the purpose of expedited discovery, this definition is limited to lists of voters the Secretary has shared with county election officials consisting of a list of names the Secretary received from the Department of Transportation and compared to voting registration records to identify approximately 2,176 voters the Secretary "reasonably suspects" of being ineligible to vote based on a lack of citizenship.

4.      "Affected Voters" refers to the individuals on the List, and/or all persons the Secretary has identified or included on The List of registered voters subject to electoral challenges, investigation, and/or additional requirements to vote based on the Secretary's purported suspicion about their United States citizenship tied to information reported to the Iowa Department of Transportation.

5.      "The Directive" refers to Iowa Secretary of State Pate's October 22, 2024 directive sent to all Iowa county election commissioners to monitor voting by all persons on the List and automatically challenge the eligibility of Affected Voters if they cast a vote.

6.      "Person" or "Entity" includes any individual, corporation, partnership, group, association, union, fraternity, company, sole proprietor, store, establishment, place, firm, co-

partnership, joint venture, government, governmental department, governmental agency, or any other organization or Entity.

7.      "Identify," when used in reference to an <u>individual,</u> means to state: (i) his or her full name; (ii) his or her present or last known address and telephone number; and (iii) his or her present or last known business affiliation. "Identify," when used in reference to an <u>agency, corporation, partnership, association, or other business Entity,</u> means to state: (i) its full name; and (ii) its present or last known address and telephone number.

8.      "Identify," when used with respect to a <u>Document or Documents,</u> means: (i) to specify the nature of the Document, i.e., letter, memorandum, credit report, telephone call sheet, etc.,; (ii) to state the date appearing on the Document or, if not, the date upon which the Document was prepared; (iii) to describe the subject matter of the Document; (iv) to Identify each Person who was an addressee or intended recipient of the Document; and (v) if any Document was, but is no longer, in or subject to Your control, state what disposition was made of it.

9.      "Identify," when used with respect to a <u>Communication,</u> means to state: (i) the date and the form of the Communication, i.e., in writing, by telephone, in Person, or electronically; (ii) the identity of each Person participating therein, or each Person who was present during the Communication; (iii) where the Communication took place (location of participants); (iv) the details of what was said by each participant in the course of the Communication including, particularly, what was said by You and, if not specifically recalled, the substance of what was said, particularly the substance of what was said by You; (v) the Person or Persons upon whose recollection Your response to the particular Interrogatory is based and the source of that Person's knowledge, i.e., personal observation; (vi) whether there are any Documents that set forth,

summarize, or refer to any portion of the Communication; and (vii) if such Document exists, its identity or the identity of the Person or Persons having control of or control over it.

10.     "Identify" when used with respect to any <u>analysis, information, or data</u>, means to state: (i) what the analysis, information, or data purports to show; (ii) the source of the analysis, information, or data; (iii) any other information necessary to understand the analysis, information, or data; and (iv) all Documents memorializing the analysis, information, or data.

11.     "Document" means the original and if the original is unavailable, any copy, of all handwritten, printed, typewritten, computer-generated, recorded, graphic or photographic material of any kind or character, as well as all tapes, discs, nonduplicate copies and transcripts thereof, now or formerly in the actual or constructive possession, custody or control, of You or Your agents or representatives (including attorneys).

Without limiting the generality of the foregoing definition, "Document" includes notes, drafts, letters, correspondence, electronic mail ("e-mail"), electronic messages transmitted through an application or other communication platform (including without limitation, social media platforms), text messages, telegrams, memoranda, calendars, diaries, records, minutes, contracts, agreements, notations of conversations or conferences, inter-office communications, bulletins, circulars, pamphlets, studies, notices, summaries, reports, books, electronic data processing cards and tapes, teletyped messages, tape recordings, photographs, drawings, graphs, charts, tables, financial statements and records, invoices, work sheets, ledgers, and vouchers. "Document" includes any electronically stored information ("ESI").

12.     "Communication" means every manner or means of disclosure, transfer, or exchange, including without limitation oral conversations, telephone calls, written correspondence, memoranda, or notes, e-mail, text messages, internet correspondence or

conversations, facsimile transmissions, meetings, audio or video conferences, and/or document transmittals.

13.     "Relate to," "Related to," and "Relating to" shall mean analyzing, containing, concerning, dealing with, defining, describing, discussing, embodying, evidencing, explaining, constituting, identifying, mentioning, reflecting, referring to, setting forth, showing, stating, summarizing, supporting, or in any way pertaining to the subject matter of the relevant request.

14.     "Lawsuit" means the above captioned (instant) lawsuit.

## <u>GENERAL INSTRUCTIONS</u>

1.     If any request below cannot be satisfied in full by close of business on November 6, 2024, You should satisfy it to the fullest extent possible, completing Your response by November 7, 2024.

2.     If undue burden or the like is contended, an affidavit must be attached to Your responses quantifying the expected burden.

3.     If You claim that any information (whether a Document, Communication, or other matter) requested is protected from discovery by a privilege or subject to the work-product doctrine, You should specify the privilege, explain the factual or legal basis for the claim, Identify each Person having knowledge of the factual or legal basis on which the privilege is asserted, and set forth the following information:

   a. the date and title (if any) of the Communication or Document;
   b. the author of, or Person who prepared, the Document or those present during the time at which the Communication was made;
   c. a description of the subject matter of the Communication or Document and the circumstances in which the Communication was made;
   d. the Person to whom the Document (if any) was addressed and each Person who received a copy of it;
   e. the length and format of the Document (if any);
   f. the current location of the Document (if any);
   g. lists the privilege(s) claimed and the reason for claiming that/those privilege(s).

4.      As to responsive Documents in Your possession that are in the form of ESI, You should produce the ESI in both its native format with metadata preserved <u>and</u> in a readily usable format, such as PDF, Word, JPEG, TIFF, or any other readily accessible format.

5.      These Requests for Production seek Documents in Your possession, custody, control, or access, including Documents within the possession, custody, or control of your officials, officers, directors, employees, attorneys, agents, representatives, and other persons or entities who have acted on Your behalf.

6.      Any grounds for objecting to any Request for Production or Interrogatory  in whole or in part must be stated with specificity and in sufficient detail to allow Plaintiffs and the Court to assess the validity of the objection.

7.      These Requests for Production and Interrogatories are continuing in nature and require supplemental responses if additional Documents or information becomes available to You or is discovered after Your responses thereto, pursuant to Fed. R. Civ. P. 26(e). Each supplemental response shall be served on the Plaintiffs no later than thirty (30) days after the discovery of the subsequently discovered or obtained Documents or information, and in no event shall any supplemental response be served later than thirty (30) days before the first day of trial, absent leave of Court.

## **REQUESTS FOR PRODUCTION**

1.      Produce The List, along with any revisions to The List.

2.      Produce a current Iowa voter file snapshot and the date on which that snapshot was taken, including any and all contact information for the Affected Voters on the List.

3.      Produce all directions, directives, guidance, procedures, or instructions provided to local election officials regarding The List and Affected Voters.

4.      Produce all directions, directives, guidance, procedures, or instructions provided to local election officials regarding how to assess the citizenship of Affected Voters and/or to decide whether to count provisional ballots cast by the Affected Voters.

Dated: November 5, 2024                          Respectfully submitted,

/s/ Jesse Linebaugh

Jesse Linebaugh (AT0004744)
Email: jesse.linebaugh@faegredrinker.com
Matthew J. Scott (AT0014441)
Email: matthew.scott@faegredrinker.com
Joe R. Quinn (AT0015363)
Email:  joe.quinn@faegredrinker.com
Emily R. O'Brien** (AT0015757)
Email: emily.obrien@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA  50309
Telephone:  +1 515 248 9000

Craig S. Coleman*
Email: craig.coleman@faegredrinker.com
Jeffrey P. Justman*
Email: jeff.justman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: +1 612 766 7000

Rita Bettis Austen (AT0011558)
Email: rita.bettis@aclu-ia.org
Thomas D. Story (AT0013130)
Email: thomas.story@aclu-ia.org
AMERICAN CIVIL LIBERTIES UNION OF
IOWA FOUNDATION
505 Fifth Avenue, Suite 808
Des Moines, IA 50309
Telephone: +1 515 243 3988

Ari Savitzky*
Email: asavitzky@aclu.org
Jonathan Topaz*
Email: jtopaz@aclu.org
Ming Cheung*
Email: mcheung@aclu.org
Sophia Lin Lakin*
Email: slakin@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: +1 212 549 2500

Patricia Yan*
Email: pyan@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
915 15th Street NW
Washington, DC 20005
Telephone: +1 202 457 0800

*Pro Hac Vice Application Forthcoming
**Application for Admission Forthcoming

Attorneys for Plaintiffs Orcun Selcuk, Alan
David Gwilliam, Tingting Zhen, Michael
Brokloff, and the League of United Latin
American Citizens of Iowa