# EXHIBIT A

| | |
|---|---|
| **From:** | Thomas Story |
| **To:** | Wessan, Eric |
| **Cc:** | Linebaugh, Jesse; Stoltze, Breanne; Coleman, Craig S.; Rita Bettis; Quinn, Joe R.; Ming Cheung; O'Brien, Emily R.; Valencia, Patrick |
| **Subject:** | Re: FW: Plaintiffs' Preservation Demand Letter - Selcuk et al. v. Pate et al. (No. 4:24-cv-00390) |
| **Date:** | Tuesday, November 5, 2024 12:28:16 PM |
| **Attachments:** | image001.png |

Eric,

I just sent an invite for 3PM today. Thank you for your prompt attention to this, and we can discuss further then.

Thomas

On Tue, Nov 5, 2024 at 12:20 PM Wessan, Eric <Eric.Wessan@ag.iowa.gov> wrote:

> Dear Thomas,
>
> Your clients sought emergency relief and were denied that relief because you lack a likelihood of success on the merits as a matter of law. The order denying you relief came out on Sunday afternoon—it is now after noon on election day. Given the earlier court result, lack of pending TRO (due to its denial), and busy schedule necessitated by it being election day, our preference is not to return to the court to relitigate an issue that the court has already decided did not warrant emergency relief. To the extent that auditors or poll workers have questions, they have resources available both at their county attorneys and with the Secretary of State's office to clarify questions as they arise. No Iowan should risk having their vote canceled out by an illegal voter.
>
> I can meet and confer at 3PM—and will let you know if I have time open before then. Please send a Teams invitation to Patrick and myself.
>
> Best,
>
> EHW



**Eric Wessan**
Solicitor General
**Office of Iowa Attorney General Brenna Bird**
1305 E. Walnut St.
Des Moines, IA 50319
(515) 823-9117

---

**From:** Thomas Story <thomas.story@aclu-ia.org>
**Sent:** Tuesday, November 5, 2024 12:00 PM
**To:** Wessan, Eric <Eric.Wessan@ag.iowa.gov>
**Cc:** Linebaugh, Jesse <jesse.linebaugh@faegredrinker.com>; Stoltze, Breanne <breanne.stoltze@ag.iowa.gov>; Coleman, Craig S. <craig.coleman@faegredrinker.com>; Rita Bettis <rita.bettis@aclu-ia.org>; Quinn, Joe R. <joe.quinn@faegredrinker.com>; Ming Cheung <MCheung@aclu.org>; O'Brien, Emily R. <emily.obrien@faegredrinker.com>; Valencia, Patrick <Patrick.Valencia@ag.iowa.gov>
**Subject:** Re: FW: Plaintiffs' Preservation Demand Letter - Selcuk et al. v. Pate et al. (No. 4:24-cv-00390)

Eric,

Thank you for acknowledging receipt of the document preservation letter. Respectfully, the exigent circumstance is very much still present, as Iowans are casting their ballots today and we are receiving concerning reports of significant confusion among auditors' offices and pollworkers, which is placing obstacles at the polls for naturalized citizens attempting to cast their vote. Moreover, this exigency will exist at least through November 12th, when voter challenges are expected to be resolved. It is crucial during this time that we receive (a) the Secretary's list of voters, including the counties in which they reside and their contact information; (b) the directions the Secretary has issued to county commissioners charged with implementing his directive; and (c) any further guidance the Secretary has issued to county commissioners as it relates to the procedures for determining a voter's citizenship, such as what documentation will be deemed adequate.

If the State is not willing to provide this documentation in advance of a responsive pleading, as you state here, then we must file a motion for expedited discovery. We should meet and confer on this matter immediately. Please let us know a time within the next few hours in which you will be available to discuss.

Thanks,

Thomas

**From:** Wessan, Eric <Eric.Wessan@ag.iowa.gov>
**Sent:** Monday, November 4, 2024 3:32 PM
**To:** O'Brien, Emily R. <emily.obrien@faegredrinker.com>
**Cc:** Linebaugh, Jesse <jesse.linebaugh@faegredrinker.com>; Valencia, Patrick <Patrick.Valencia@ag.iowa.gov>; Stoltze, Breanne <breanne.stoltze@ag.iowa.gov>
**Subject:** RE: Plaintiffs' Preservation Demand Letter - Selcuk et al. v. Pate et al. (No. 4:24-cv-00390)

**This Message originated outside your organization.**

Dear Emily,

This document preservation letter is received. The TRO was denied and the exigent circumstance at issue (the upcoming election) is no longer present.

I believe that we have 60 days from when we waived service to answer or file a motion to dismiss in this case —although in some other cases Judge Locher has been amenable to resetting the deadlines following emergency preliminary injunction/TRO. To the extent you wish to engage in discovery in the normal course we can discuss that at the appropriate time, assuming that if we move to dismiss the Court denies our motion.

Please let me know if you have any questions.

Best,

EHW



**Eric Wessan**
**Solicitor General**
**Office of Iowa Attorney General Brenna Bird**
1305 E. Walnut St.
Des Moines, IA 50319
(515) 823-9117

---

**From:** O'Brien, Emily R. <emily.obrien@faegredrinker.com>
**Sent:** Monday, November 4, 2024 2:53 PM
**To:** Wessan, Eric <Eric.Wessan@ag.iowa.gov>
**Cc:** Linebaugh, Jesse <jesse.linebaugh@faegredrinker.com>; Valencia, Patrick
<Patrick.Valencia@ag.iowa.gov>; Stoltze, Breanne <breanne.stoltze@ag.iowa.gov>
**Subject:** Plaintiffs' Preservation Demand Letter - Selcuk et al. v. Pate et al. (No. 4:24-cv-00390)

Good afternoon Eric,

I am an Associate at Faegre Drinker Biddle & Reath LLP and am working with Jesse Linebaugh on the above
matter. Please see the attached Preservation Demand Letter.

Please do not hesitate to reach out with any questions.

Thank you,

Emily

**Emily R. O'Brien**
Associate
Pronouns: she/her/hers
emily.obrien@faegredrinker.com
Connect: vCard

+1 515 447 4774 direct

**Faegre Drinker Biddle & Reath LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact

the sender by reply email and destroy all copies of the original message and any attachments.