# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:24-cv-00390-SHL-HCA　　　　　　　:　　　　　　Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| ORCUN SELCUK, ALAN DAVID GWILLIAM, TINGTING ZHEN, MICHAEL BROKLOFF, and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA | PAUL D. PATE, BENJAMIN D. STEINES, JAMIE FITZGERALD, MELVYN HOUSER, ERIN SHANE, and KERRI TOMPKINS |

Plaintiff(s) Counsel: Joseph R. Quinn; Thomas D. Story; Ritta Bettis Austen; Ari J. Savitzky; Jonathan Topaz; Ming Cheung; Patricia Jia Yan

Defendant(s) Counsel: Eric H. Wessan; Patrick Valencia; Donald D. Stanley, Jr; Katie Gral

Court Reporter: Karla Ray　　　　　　:　　Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiff's Emergency Motion for Expedited Discovery (ECF 40) | Denied | | |

Proceedings:

Court is convened via a telephone for a hearing on Plaintiff's Emergency Motion for Expedited Discovery (ECF 40). Plaintiffs argue in support of the Emergency Motion. Defendants argue in resistance. Plaintiffs argue in rebuttal. For the reasons stated on the record, the Court concludes good cause does not exist to grant the Motion. Plaintiff's Emergency Motion for Expedited Discovery (ECF 40) is therefore denied. No written order shall follow. Court adjourns.

Time Start: 1:00 p.m.
Time End: 1:52 p.m.
Date: November 6, 2024

/s/ M. Mast
Deputy Clerk