IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members, | Case No. 4:24-CV-00390 |
| Plaintiffs, | |
| v. | |
| PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections, | **MOTION FOR EXTENSION TO ANSWER OR FILE A MOTION TO DISMISS**<br><br>**(UNRESISTED)** |
| Defendants. | |

Defendant Paul Pate, Iowa Secretary of State ("State Defendant"), requests an extension of time to file an answer or motion to dismiss in response to Plaintiffs' complaint.

Plaintiffs filed their complaint on October 30, 2024. State Defendant waived service on October 31, 2024. This Court gave State Defendant until December 30, 2024, to answer or move to dismiss Plaintiffs' complaint. When Defendants waive service, they are generally allotted 60 days to respond. *See* Fed. R. Civ. P. 12(A)(ii).

Due to the holidays as well as the State's immense and unavoidable workload on other matters filed in state and federal courts, State Defendant requests an extension of time to file an answer, motion to dismiss, or other pleading or motion responsive to the Complaint. This case also presents multiple novel and complex issues that require extensive research, including issues beyond those addressed in the initial emergency briefing in this case. So, State Defendant requests an additional thirty (30) days to either answer or move to dismiss the Complaint.

The extra thirty (30) days is a reasonable extension that should accommodate the State's high caseload and the complexity of this case. The extension, if granted, would result in a filing deadline of January 29, 2025.

No other extensions have been granted in this matter.

The Court has not yet set any other deadlines. The final pretrial conference and trial dates also have not been set.

No party will be prejudiced by this extension. On December 16, 2024, State Defendant contacted Plaintiffs, and Plaintiffs responded that they do not object to State Defendant's request for a thirty-day extension. So, this request is unresisted.

WHEREFORE, State Defendant respectfully requests that this Court extend the deadline to file an answer or motion to dismiss by thirty (30) days, thereby resetting the response deadline to January 29, 2025.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
Solicitor General of Iowa

PATRICK C. VALENCIA
Deputy Solicitor General

/s/ Breanne A. Stoltze
Breanne A. Stoltze
*Assistant Solicitor General*
Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-6957
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on December 18, 2024:

☐ U.S. Mail       ☐ FAX

☐ Hand Delivery     ☐ Overnight Courier

☐ Federal Express    ☐ Other

☒ CM/ECF

Signature: */s/  Breanne A. Stoltze*