UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL D. PATE, in His Official Capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in His Official Capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in His Official Capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in His Official Capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in Her Official Capacity as the Acting Johnson County Auditor and Acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in Her Official Capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>Defendants. | Case No. 4:24-CV-00390<br><br>JAMIE FITZGERALD'S UNRESISTED MOTION FOR EXTENSION TO ANSWER OR FILE A MOTION TO DISMISS |

COMES NOW Defendant Jamie Fitzgerald, Polk County Auditor ("Fitzgerald"), and hereby requests an extension of time to file an answer or motion to dismiss in response to Plaintiffs' complaint. In support of his Motion, Fitzgerald states as follows:

1. Plaintiffs filed their complaint on October 30, 2024. Fitzgerald waived service on October 31, 2024. This Court gave Fitzgerald until December 30, 2024, to

answer or move to dismiss Plaintiffs' complaint. When Defendants waive service, they are generally allotted 60 days to respond. See Fed. R. Civ. P. 12(A)(ii).

2. This case presents multiple novel and complex issues that require extensive research, including issues beyond those addressed in the initial emergency briefing in this case. Therefore, Fitzgerald requests an additional thirty (30) days to either answer or move to dismiss the Complaint.

3. The extra thirty (30) days is a reasonable extension that should accommodate the complexity of this case. The extension, if granted, would result in a filing deadline of January 29, 2025.

4. No other extensions have been granted in this matter.

5. The Court has not yet set any other deadlines. The final pretrial conference and trial dates also have not been set.

6. No party will be prejudiced by this extension. On December 19, 2024, Fitzgerald contacted Plaintiffs, and Plaintiffs responded that they do not object to Fitzgerald's request for a thirty-day extension.

WHEREFORE, Fitzgerald respectfully requests that this Court extend the deadline to file an answer or motion to dismiss by thirty (30) days, thereby resetting the response deadline to January 29, 2025.

                              Respectfully Submitted,

                              KIMBERLY GRAHAM
                              POLK COUNTY ATTORNEY

By   */s/ Meghan Gavin*
       Meghan Gavin  AT0008949
       Assistant Polk County Attorney
       111 Court Avenue, Ste. 340
       Des Moines, IA 50309

Telephone:  515-286-3341  
Fax:  515-286-3314  
meghan.gavin@polkcountyiowa.gov  
ATTORNEY FOR JAMIE FITZGERALD

PROOF OF SERVICE

The foregoing document was served on counsel for all parties of record on  12/19/2024 via CM/ECF

Signature:  /s/ Amber Cahill