IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>    Defendants. | Case No. 4:24-CV-00390<br><br><br><br>**MOTION FOR EXTENSION TO ANSWER OR FILE A MOTION TO DISMISS**<br><br>**(UNRESISTED)** |

COMES NOW Defendant Erin Shane, in her official capacity as the then-acting Johnson County Auditor and acting Johnson County Commissioner of Elections, (herein "Johnson County") by and through her undersigned attorneys, and requests an extension of time to file an answer or motion to dismiss in response to Plaintiffs' complaint.

1. Plaintiffs filed their complaint on October 30, 2024. Johnson County waived service on

1

October 31, 2024. This Court gave Johnson County until December 30, 2024, to answer or move to dismiss Plaintiffs' complaint. When Defendants waive service, they are generally allotted 60 days to respond. *See* Fed. R. Civ. P. 12(A)(ii).

2. Due to the election and installation of a new county auditor, a congressional recount, and Johnson County's unavoidable workload on other matters, Defendant Johnson County requests an extension of time to file an answer, motion to dismiss, or other pleading or motion responsive to the Complaint. This case also presents multiple novel and complex issues pertaining to county auditors that require extensive research, beyond issues addressed by the State and Plaintiffs in the initial emergency briefing in this case. Accordingly, Johnson County requests an additional thirty (30) days to either answer or move to dismiss the Complaint.

3. The extra thirty (30) days is a reasonable extension that should accommodate Johnson County's workload, transition of county officers, and the complexity of this case. The extension, if granted, would result in a filing deadline of January 29, 2025.

4. No other extensions have been granted to Johnson County in this matter.

5. The Court has not yet set any other deadlines. The final pretrial conference and trial dates also have not been set.

6. No party will be prejudiced by this extension. On December 18, 2024, counsel for Defendant Johnson County contacted Plaintiffs, and Plaintiffs responded that they do not object to Defendant Johnson County's request for a thirty-day extension. So, this request is unresisted.

WHEREFORE, Johnson County respectfully requests that this Court extend the deadline to file an answer or motion to dismiss by thirty (30) days, thereby resetting the response deadline to January 29, 2025.

Respectfully submitted,

Rachel Zimmermann Smith
Johnson County Attorney

Ryan A. Maas
Assistant Johnson County Attorney

/s/  *Ryan A. Maas*
Ryan A. Maas ATC520018
500 S. Clinton Street, Suite 400
Iowa City, IA 52240
Phone (319) 339-6100
rzimmerm@johnsoncountyiowa.gov
rmaas@johnsoncountyiowa.gov

ATTORNEYS FOR ERIN SHANE
FORMER JOHNSON COUNTY AUDITOR

*Original filed electronically.*
*Copy electronically served on all parties of record.*

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon counsel for all parties of record via CM/ECF on this the 19th day of December 2024.

*/s/ Ryan A. Maas*