IN THE UNITED STATES DISTRICT COURT
FOR THES SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; ERIN SHANE, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>    Defendants. | CASE NO. 4:24-cv-00390-SHL-HCA<br><br>**DEFENDANTS MELVYN HOUSER AND BENJAMIN D. STEINES' UNRESISTED MOTION FOR EXTENSION TO MOVE OR PLEAD** |

COME NOW Defendants Melvyn Houser, Pottawattamie County Auditor ("Houser") and Benjamin D. Steines, Winneshiek County Auditor ("Steines"), and hereby request an extension of time to move or plead in response to Plaintiffs' complaint. In support of their Motion, Defendants Houser and Steines state as follows:

    1.    Plaintiffs filed their complaint on October 30, 2024.

#4280849

2. Defendants Houser and Steines' deadline to move or plead is December 30, 2024.

3. This case presents multiple novel and complex issues that require extensive research, including issues beyond those addressed in the initial emergency briefing in this case.

4. Therefore, Defendants Houser and Steines request an additional thirty (30) days to move or plead in response to the Complaint.

5. The extra thirty (30) days is a reasonable extension that should accommodate the complexity of this case. The extension, if granted, would result in a filing deadline of January 29, 2025.

6. Defendants Houser and Steines have not previously asked for or been granted any extensions.

7. The Court has not established any other deadlines.

8. The trial has not been scheduled.

9. No party will be prejudiced by this extension.

10. On December 19, 2024, counsel for Defendants contacted Plaintiffs' counsel, and Plaintiffs' counsel responded that they do not object to Defendants Houser and Steines' request for a thirty-day extension to January 29, 2025.

WHEREFORE, Defendants Houser and Steines respectfully requests that this Court extend their deadline to move or plead by thirty (30) days, thereby resetting the response deadline to January 29, 2025.

/s/ Michael C. Richards
Michael C. Richards AT0010828
Katherine E. Gral, AT0013357
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa  50309
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
Email: mike.richards@dentons.com
Email: katie.gral@dentons.com

ATTORNEYS FOR DEFENDANTS
MELVYN HOUSER and BENJAMIN D. STEINES

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein on **December 20, 2024,** by CM-ECF:

Signature:   /s/ Michael C. Richards