IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ORCUN SELCUK, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; *et al.*,<br><br>            Defendants. | Case No. 4:24-cv-00390<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Matthew J. Scott, for his motion to withdraw as counsel, states:

1. Matthew J. Scott respectfully requests that he be permitted to withdraw as counsel of record in this matter for Plaintiffs Orcun Selcuk, Alan David Gwilliam, Tingting Zhen, Michael Brokloff, and the League of United Latin American Citizens of Iowa.

2. Matthew J. Scott will be leaving the employment of Faegre Drinker Biddle & Reath LLP and will have no continuing involvement in this case.

3. Joe Quinn, Jesse Linebaugh and Emily O'Brien of Faegre Drinker Biddle & Reath LLP will remain counsel of record for Plaintiffs Orcun Selcuk, Alan David Gwilliam, Tingting Zhen, Michael Brokloff, and the League of United Latin American Citizens of Iowa.

4. No party will be prejudiced by the Court's granting this motion.

WHEREFORE, Matthew J. Scott respectfully requests that the Court enter an order permitting him to withdraw as counsel of record for Plaintiffs Orcun Selcuk, Alan David Gwilliam, Tingting Zhen, Michael Brokloff, and the League of United Latin American Citizens of Iowa.

| | |
|---|---|
| Dated: March 13, 2025 | /s/ *Matthew J. Scott* |

Joe R. Quinn (AT0015363)
Email: joe.quinn@faegredrinker.com
Jesse Linebaugh (AT0004744)
Email: jesse.linebaugh@faegredrinker.com
Matthew J. Scott (AT0014441)
Email: matthew.scott@faegredrinker.com
Emily R. O'Brien (AT0015757)
Email: emily.obrien@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: +1 515 248 9000

Craig S. Coleman**
Email: craig.coleman@faegredrinker.com
Jeffrey P. Justman**
Email: jeff.justman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: +1 612 766 7000

Rita Bettis Austen (AT0011558)
Email: rita.bettis@aclu-ia.org
Thomas D. Story (AT0013130)
Email: thomas.story@aclu-ia.org
AMERICAN CIVIL LIBERTIES UNION OF
IOWA FOUNDATION
505 Fifth Avenue, Suite 808
Des Moines, IA 50309
Telephone: +1 515 243 3988

Ari Savitzky*
Email: asavitzky@aclu.org
Jonathan Topaz*
Email: jtopaz@aclu.org
Ming Cheung*
Email: mcheung@aclu.org
Sophia Lin Lakin*
Email: slakin@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, NY 10004

Telephone: +1 212 549 2500

Patricia Yan*
Email: pyan@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
915 15th Street NW
Washington, DC 20005
Telephone: +1 202 457 0800

*Admitted Pro Hac Vice
**Application for Admission Pro Hac Vice
Forthcoming

*Attorneys for Plaintiffs Orcun Selcuk, Alan David Gwilliam, Tingting Zhen, Michael Brokloff, and the League of United Latin American Citizens of Iowa*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of March, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the Court's CM/ECF system, which shall send notification to all counsel of record.

                                              */s/ Matthew J. Scott*