IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ORCUN SELCUK; ALAN DAVID GWILLIAM; TINGTING ZHEN; MICHAEL BROKLOFF; NINO NATENADZE, and THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF IOWA, on behalf of itself and its members,<br><br>   Plaintiffs,<br><br>v.<br><br>PAUL D. PATE, in his official capacity as the Iowa Secretary of State; BENJAMIN D. STEINES, in his official capacity as the Winneshiek County Auditor and Winneshiek County Commissioner of Elections; JAMIE FITZGERALD, in his official capacity as the Polk County Auditor and Polk County Commissioner of Elections; MELVYN HOUSER, in his official capacity as the Pottawattamie County Auditor and Pottawattamie County Commissioner of Elections; JULIE PERSONS, in her official capacity as the acting Johnson County Auditor and acting Johnson County Commissioner of Elections; and KERRI TOMPKINS, in her official capacity as the Scott County Auditor and Scott County Commissioner of Elections,<br><br>   Defendants. | Case No. 4:24-CV-00390<br><br><br><br>**MOTION FOR EXTENSION TO ANSWER OR FILE A MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(UNRESISTED)** |

Defendant Paul Pate, Iowa Secretary of State ("State Defendant"), requests an extension of time to file an answer or motion to dismiss in response to Plaintiffs' complaint.

Plaintiffs filed their complaint on October 30, 2024. State Defendant waived service on October 31, 2024. On January 29, 2025, State Defendant filed a motion to dismiss. On February 19, 2019, this Court granted Plaintiffs' Unresisted Motion to Reset Deadlines, and gave Plaintiffs until April 4, 2025, to respond to State Defendant's motion to Dismiss or file and amended complaint. On April 4, 2025, Plaintiffs filed their amended complaint.

The Parties continue to engage in good faith settlement discussions aimed at exploring potential resolution of this matter.

To aid these continued settlement discussions, State Defendant requests an extension of time to file an answer, motion to dismiss, or other pleading or motion responsive to the Complaint. Plaintiffs' amended complaint also presents multiple novel and complex issues that require extensive research, including issues beyond those addressed in the initial emergency briefing in this case. So, State Defendant requests an additional thirty days to either answer or move to dismiss the Complaint.

The extra thirty days is a reasonable extension that should accommodate the complexity of this case. The extension, if granted, would result in a filing deadline of May 19, 2025.

No other extensions have been granted in this matter.

The Court has not yet set any other deadlines. The final pretrial conference and trial dates also have not been set.

No party will be prejudiced by this extension. On April 9, 2025, State Defendant contacted Plaintiffs, and Plaintiffs responded that they do not object to State Defendant's request for a thirty-day extension. So, this request is unresisted.

WHEREFORE, State Defendant respectfully requests that this Court extend the deadline to file an answer or motion to dismiss by thirty days, thereby resetting the response deadline to May 19, 2025.

> Respectfully submitted,
>
> BRENNA BIRD
> Attorney General of Iowa
>
> ERIC WESSAN
> Solicitor General of Iowa
>
> PATRICK C. VALENCIA
> Deputy Solicitor General
>
> /s/ *Breanne A. Stoltze*
> Breanne A. Stoltze
> *Assistant Solicitor General*
> Iowa Department of Justice
> Hoover State Office Building
> Des Moines, Iowa 50319
> (515) 281-6957
> (515) 281-4209 (fax)
> eric.wessan@ag.iowa.gov
> patrick.valencia@ag.iowa.gov
> breanne.stoltze@ag.iowa.gov
>
> ATTORNEYS FOR STATE DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on April 14, 2025:

☐ U.S. Mail  ☐ FAX

☐ Hand Delivery  ☐ Overnight Courier

☐ Federal Express  ☐ Other

☒ CM/ECF

Signature: */s/  Breanne A. Stoltze*