# Exhibit 1

**Stoltze, Breanne**

---

**From:** Gookin, Eric <Eric.Gookin@sos.iowa.gov>
**Sent:** Wednesday, June 4, 2025 4:07 PM
**To:** Gookin, Eric <Eric.Gookin@sos.iowa.gov>
**Cc:** Kelley, Bailey <Bailey.Kelley@sos.iowa.gov>; Overschmidt, Emma <Emma.Overschmidt@sos.iowa.gov>; Sean Huston <Sean.Huston@sos.iowa.gov>; Cole, Dale [SOS] <Dale.Cole@sos.iowa.gov>; Phillips, Dani <Dani.Phillips@sos.iowa.gov>
**Subject:** Voter registration procedure update

Dear Auditors, Deputies, and Staff:

This last session, we worked with the Legislature for new authority to seek out the best tools available for voter list maintenance.

We are in the midst of designing and implementing the procedures that help ensure only qualified voters are able to register. In doing so, we continue to analyze what other states are doing as best practices. Additionally, we've seen the federal government engage with states to make federal databases more accessible and friendly to voter registration activities.

With the Civix implementation in process, this is a great time for us to review our processes to ensure they remain secure and efficient.

Where it makes sense, we want to maintain a relatively consistent process with other states.

Thanks to these new opportunities, we are withdrawing the noncitizen ballot challenge directive from October 22, 2024. That directive and the list we provided at the time shall not be used in any current or future voter registration maintenance or ballot eligibility challenges.

We will provide more updates as we evolve Iowa's voter registration and list maintenance processes to incorporate these new opportunities.

Best wishes,
Eric


### ERIC R. GOOKIN

**Chief Operating Officer &
Legal Counsel**
*Office of Iowa Secretary of State Paul D. Pate*

Lucas Office Building, First Floor
321 East 12th Street
Des Moines, Iowa 50319

Direct: (515) 238-6469

E-Mail: eric.gookin@sos.iowa.gov



sos.iowa.gov

**SERVICE · PARTICIPATION · INTEGRITY**