# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

ORCUN SELCUK et al

Plaintiff(s),

**CIVIL NUMBER: 4:24-cv-00390-SHL-HCA**

v.

**JUDGMENT IN A CIVIL CASE**

PAUL D. PATE, in his official capacity as the Iowa Secretary of States, et al

Defendant(s).

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

The Court grants Plaintiffs' Motion to Dismiss All Claims with Prejudice and to Adopt Settlement Agreement. All claims by all Plaintiffs against all Defendants are hereby dismissed with prejudice in accordance with the Settlement Agreement.

Dated this 16th day of March 2026.

CLERK, U.S. DISTRICT COURT

/s/ M. Mast

By: Deputy Clerk